■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELBERT POWELL, Appellant. [825 NYS2d 177]—Judgment, Supreme Court, Bronx County (John Byrne, J.), rendered on or about May 24, 2005, unanimously affirmed. No opinion. Order filed. Concur—Buckley, P.J., Saxe, Williams, Sweeny and Malone, JJ.